**Opinion issued April 11, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-22-00919-CV**

———————————

## IN THE ESTATE OF J. HUGH WHEATFALL, DECEASED

---

**On Appeal from the County Court at Law**
**Grimes County, Texas**
**Trial Court Case No. 8866**

---

### MEMORANDUM OPINION

Appellant, Isaiah Wheatfall, has two appeals pending before this Court in appellate cause numbers 01-22-00919-CV and 01-22-00920-CV. On March 9, 2023, appellant filed a letter with this Court stating that he only wants to pursue his appeal pending in appellate cause number 01-22-00920-CV and requesting that the Court dismiss his appeal pending in appellate cause number 01-22-00919-CV. We

construe appellant's March 9, 2023 letter as a motion to dismiss his appeal pending in appellate cause number 01-22-00919-CV.[1]

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion does not include a certificate of conference stating that appellant conferred, or made a reasonable attempt to confer, with appellee, Theresa DeBose, regarding the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and no party has expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, the Court grants appellant's motion and dismisses the appeal pending in appellate cause number 01-22-00919-CV. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other motions pending in appellate cause number 01-22-00919-CV as moot. Appellant's appeal in appellate cause number 01-22-00920-CV remains pending before the Court.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.

---

[1] We note that appellant, in appellate cause number 01-22-00919-CV, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On February 16, 2023, appellant was notified that he had failed to pay the required fees in both of his pending appeals. In his March 9, 2023 letter, appellant indicated that he would not being paying the required fees in appellate cause number 01-22-00919-CV. Under such circumstances, this Court may dismiss appellant's appeal pending in appellate cause number 01-22-00919-CV for nonpayment of all required fees. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f).